(No. 894—Claimant awarded $3,500.00.)

COUNTY OF LASALLE, STATE OF ILLINOIS, Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

NON-LIABILITY OF STATE—*State not liable for overflow of water, causing damage, from Illinois & Mich. Canal.* The decision of the court in the case of *Allen* v. *State, supra,* governs this claim.

LEE O'NEIL BROWNE, for claimant.

OSCAR E. CARLSTROM, Attorney General; S. S. DuHAMEL, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for damages sustained by claimant, on its premises located a short distance west of the city of Ottawa, and known as the "LaSalle County Poor Farm", or "Home", by reason of the overflow of a canal owned by the State of Illinois; said damage having occurred on or about September 7, 1924, and as a result of which the crops raised on said farm were destroyed, the reasonable value of said crops being $3,500.00.

The demurrer filed by the Attorney General of the State of Illinois, is, as a matter of law, sustained.

We award claimant the sum of $3,500.00, on the grounds of equity and social justice.